**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tavares CLAYBORNE, a.k.a. Wug,**
**Defendant–Appellant.**

**No. 11–15359**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 11, 2013.

Robert G. Davies, Edwin F. Knight, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Edward Brian Lang, E. Brian Lang & Associates, Pensacola, FL, Tavares Clayborne, FCI Edgefield, Edgefield, SC, for Defendant–Appellant.

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

E. Brian Lang, on behalf of Tavares Clayborne, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Clayborne's revocation of supervised release and sentence are **AF-FIRMED.**